**The GREAT LAKES TOWING CO., etc.,**
Appellant

v.

**GEOTAS COMPANIA.**

No. 16996.

United States Court of Appeals
Eighth Circuit.

May 2, 1962.

Stover & Stover, Milwaukee, Wis., and P. J. Lyons, Duluth, Minn., for appellant.

William T. Van Evera and W. O. Bissonett, Duluth, Minn., for appellee.

PER CURIAM.

Motion of appellant to dismiss appeal without prejudice granted, and appeal dismissed.

**Marion Parker DUKE, Petitioner-Appellant,**

v.

**M. W. WATERS et al., Respondents-Appellees.**

No. 14774.

United States Court of Appeals
Sixth Circuit.

June 4, 1962.

Marion Parker Duke, pro se.

John B. Breckinridge, Atty. Gen., John B. Browning, Asst. Atty. Gen., Frankfort, Ky., on the brief, for respondents-appellees.

Before CECIL, WEICK and O'SULLIVAN, Circuit Judges.

ORDER.

This cause came on to be heard upon the record, the brief of appellant, Marion Parker Duke, appearing in his own proper person, and the brief of the Attorney General of the Commonwealth of Kentucky, appearing for the appellees, and it appearing therefrom that the order of the District Judge heretofore entered in this cause on August 22, 1961, denying to the above named petitioner the relief sought in a "Petition to Invoke the Civil Rights Act, Section 242, Title 18, USC" was proper,

Now, therefore, it is ordered that the order and judgment of the United States District Judge entered in this cause on August 22, 1961, be, and it is, hereby affirmed.

**Leonard GOFORTH, Appellant,**

v.

**UNITED STATES of America,**
Appellee.

No. 7014.

United States Court of Appeals
Tenth Circuit.

July 11, 1962.

James W. Buchanan, Denver, Colo., for appellant.

Edwin Langley, U. S. Atty. (E. C. Nelson, Asst. U. S. Atty., on the brief), for appellee.

Before MURRAH, Chief Judge, and PHILLIPS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Reversed and remanded with directions to grant appellant a hearing. See Frand v. United States, 10 Cir., 289 F.2d 693.